*E-FILED 11-29-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 332,<br><br>Petitioner,<br><br>v.<br><br>BROWN & FESLER,<br><br>Respondent. | No. C11-05048 HRL<br><br>**ORDER (1) RE-SETTING DEADLINE FOR RESPONDENT'S CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; AND (2) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 73-1, no later than November 22, 2011, all parties were to have filed either a written consent to proceed before a United States magistrate judge or a request for reassignment to a district judge. Review of the docket reflects that respondent has not yet done so. Accordingly, no later than **December 2, 2011**, respondent shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. The forms are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov. Each party is free to decline to proceed before a magistrate judge and to request reassignment to a district judge without adverse substantive consequences. FED. R. CIV. P. 73(b)(2).

The initial case management conference set for November 29, 2011 is continued to

Case 5:11-cv-05048-HRL   Document 11   Filed 11/29/11   Page 2 of 3

**United States District Court**
For the Northern District of California

1  **December 13, 2011, 1:30 p.m.**

2  SO ORDERED.

3  Dated: November 29, 2011



4  _____
HOWARD R. LLOYD
5  UNITED STATES MAGISTRATE JUDGE

2

1  5:11-cv-05048-HRL Notice has been electronically mailed to:

2  John Charles Post     johnpost@dwt.com, ntorres@littler.com

3  Mark Stephen Renner     mrenner@wmprlaw.com, jchargin@wmprlaw.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.