*E-FILED: May 14, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 332,<br><br>Petitioner,<br><br>v.<br><br>BROWN & FESLER, a California corporation,<br><br>Respondent. | No. C11-05048 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The parties advise that they have reached a settlement and that they continue to work toward finalizing their agreement. Meanwhile, the court has continued the hearing on petitioner's pending summary judgment motion, and respondent reportedly has not filed responsive papers given the parties' agreement to settle this matter.

The court now vacates the May 15, 2012 hearing on petitioner's summary judgment motion. Instead, **on or before June 29, 2012**, the parties shall file a joint statement in response to this Order to Show Cause. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement. If the parties' settlement efforts fall through, they shall so advise the court, and petitioner may then renotice its motion for hearing.

SO ORDERED.

Dated: May 14, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-05048-HRL Notice has been electronically mailed to:

2  John Charles Post    jpost@littler.com, ntorres@littler.com, sferrell@littler.com

3  Mark Stephen Renner    mrenner@wmprlaw.com, jchargin@wmprlaw.com

4  Richard Hill    rhill@littler.com, sbecerra@littler.com