*E-FILED: July 30, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 332,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BROWN & FESLER, INC., a California corporation,<br><br>　　　　Defendant._____/ | No. C11-05048 HRL<br><br>**SECOND ORDER TO SHOW CAUSE RE SETTLEMENT** |

　　　The parties having advised that their settlement agreement has been finalized, plaintiff's summary judgment motion will be administratively terminated, without prejudice to plaintiff to re-notice the motion if it becomes necessary or appropriate.

　　　**On or before August 31, 2012**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **September 11, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than September 4, 2012**. The joint statement shall state

(1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a stipulated dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement in response to this Order.

SO ORDERED.

Dated: July 30, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1  5:11-cv-05048-HRL Notice has been electronically mailed to:

2  John Charles Post    jpost@littler.com, ntorres@littler.com, sferrell@littler.com

3  Mark Stephen Renner    mrenner@wmprlaw.com, jchargin@wmprlaw.com

4  Richard Hill    rhill@littler.com, sbecerra@littler.com